FILED
CLERK, U.S. DISTRICT COURT
MAY - 7 2021
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Jorge Luis Ortega, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: 21 MJ 2259 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Western Dist/Texas__ for alleged violation(s) of the terms and conditions of (his)/her [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __unemployed, homeless, ongoing substance abuse__

failure-to-report-address-change allegation, no known bail resources, some foreign travel

and/or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: new arrest, criminal history includes violence, ongoing substance abuse

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: May 7, 2021

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE